## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) |
| W. R. GRACE & CO., *et al.,* | ) CIVIL ACTION NO. 11-199 (Lead Case) |
| | ) CIVIL ACTION NO. 11-200 |
| | ) CIVIL ACTION NO. 11-201 |
| Debtors. | ) CIVIL ACTION NO. 11-202 |
| | ) CIVIL ACTION NO. 11-203 |
| | ) CIVIL ACTION NO. 11-207 |
| | ) CIVIL ACTION NO. 11-208 |
| | ) CIVIL ACTION NO. 09-644 |
| | ) CIVIL ACTION NO. 09-807 |
| | ) |
| | ) *Procedurally Consolidated* |

## LIBBY CLAIMANTS' STATEMENT OF ISSUES ON APPEAL AND DESIGNATION OF RECORD

In accordance with Rule 6(b) of the Federal Rules of Appellate Procedure and Bankruptcy Rule 8006, claimants injured by exposure to asbestos from the Debtors' operations in Lincoln County, Montana (the "Libby Claimants"),[1] hereby state the issues and designate the record in their appeal to the United States Court of Appeals for the Third Circuit from the following orders entered on June 11, 2012, by the United States District Court for the District of Delaware (the Honorable Ronald L. Buckwalter, Senior United States District Judge for the Eastern District of Pennsylvania, sitting by designation):

1. Amended Memorandum of Opinion [D.N. 217]; and

2. Order [D.N. 218].

---

[1] As identified in the Amended and Restated Verified Statement of Murtha Cullina LLP and Landis Rath & Cobb LLP Pursuant to Fed. R. Bankr. P. 2019 [Bankruptcy Court Docket No. 28942], as it may be amended and restated from time to time.

**Statement of Issues on Appeal**

1.     Did the District Court err in affirming the Bankruptcy Court's confirmation of a Chapter 11 plan that deprived the Libby Claimants of their right to trial by jury?

2.     Did the District Court err in affirming the Bankruptcy Court's confirmation of a Chapter 11 plan that discriminates against the Libby Claimants, in violation of <u>In re Combustion Engineering, Inc.</u>, and Sections 1122(a), 1123(a)(4) and other provisions of the Bankruptcy Code?

3.     Did the District Court err in affirming the Bankruptcy Court's confirmation of a Chapter 11 plan which fails the Best Interests of the Creditors Test of Section 1129(a)(7) of the Bankruptcy Code?

4.     Did the District Court err in affirming the Bankruptcy Court's confirmation of a Chapter 11 plan that imposes injunctions and releases that are impermissible under Bankruptcy Code Section 524(g) and other applicable law?

**Designation of Items to be Included in the Record on Appeal**

The Libby Claimants designate as the record for this appeal the Joint Record on Appeal dated April 8, 2011 used for the appeal to the District Court (*i.e.*, Joint Appendix to the District Court appeal) together with the following pleadings filed on the District Court docket:

| **Date** | **Docket No.** | **Description** |
|---|---|---|
| 3/10/2011 | 3 | Order Regarding Appeals of Confirmation Order |
| 3/25/2011 | 5 | Stipulated and Agreed Order Consolidating Appeals and Granting Relief from the Standing Order on Mediation |
| 3/28/2011 | 6 | Stipulated and Agreed Order Consolidating Appeals and Granting Relief from the Standing Order on Mediation Executed by the Court |

| Date | Docket No. | Description |
|------|-----------|-------------|
| 4/21/2012 | 14 | Libby Claimant's Motion to Submit Under Seal the Key Identifying Certain Libby Claimants by Number |
| 4/25/2011 | 16 | Appellant's Brief filed by Maryland Casualty Company |
| 4/25/2011 | 17 | Supplemental Appendix filed by Maryland Casualty Company |
| 4/25/2011 | 18 | Appellant's Brief filed by BNSF Railway Company |
| 4/25/2011 | 19 | Appellant's Brief filed by Government Employees Insurance Company, Republic Insurance Company |
| 4/25/2011 | 20 | Appellant's Brief filed by Her Majesty the Queen in Right in Canada |
| 4/25/2011 | 21 | Appellant's Brief filed by the State of Montana |
| 4/25/2011 | 23 | Appellant's Brief filed by Libby Claimants |
| 4/25/2011 | 25 | Appellant's Brief filed by AXA Belgium |
| 4/25/2011 | 26 | Appellant's Brief filed by Garlock Sealing Technologies LLC |
| 4/25/2011 | 27 | Joint Appellants' Brief filed by Bank Lender Group and Official Committee of Unsecured Creditors |
| 5/2/2011 | 37 | Order Granting Motion to File Documents Under Seal |
| 5/9/2011 | 43 | Libby's Notice of Filing the Key Identifying  Certain Libby Claimants by Number |
| 5/25/2011 | 72 | Motion for Leave to File *Consolidated Briefing Pursuant to Federal Rule of Bankruptcy Procedure 8010(c)* filed by W.R. Grace & Co. |
| 5/25/2011 | 73 | Appellee's Brief filed by Continental Casualty and Continental Insurance Company |
| 5/25/2011 | 74 | Appellee's Brief filed by Travelers Casualty and Surety Company |

| Date | Docket No. | Description |
|---|---|---|
| 5/25/2011 | 75 | Appellee's Brief filed by Honorable Alexander M. Sanders, Jr. |
| 5/25/2011 | 76 | Cross Appellant's Brief filed by Maryland Casualty Company |
| 5/25/2011 | 77 | Appellee's Brief filed by Maryland Casualty Company |
| 5/25/2011 | 84 | Appellee's Insurance Brief filed by W.R. Grace in Response to Briefs of Appellants Government Employees Insurance Company and Republic Insurance Company n/k/a Starr Indemnity & Liability Company and Appellant AXA Belgium, as Successor to Royal Belge SA |
| 5/25/2011 | 86 | Appellee's Main Brief filed by W.R. Grace |
| 5/26/2011 | 85 | Appellee's Brief filed by W.R. Grace on Bank Lender Issues |
| 5/26/2011 | 86 | Appellee's Brief filed by W.R. Grace |
| 5/25/2011 | 87 | Appellee's Brief filed by Arrowood Indemnity Company |
| 5/26/2011 | 93 | Appellee's Brief filed by W.R. Grace on Bank Lender Issues |
| 6/7/2011 | 112 | Motion for Leave to File Grace's Reply to Libby's Response to Grace's Motion for Leave to File *Consolidated Briefing Pursuant to Federal Rule of Bankruptcy Procedure 8010(c) and Cross Motion for Leave to File a Reply Brief Pursuant to Fed. R. Bankr. P. 8009(a)(3)* |
| 6/8/2011 | 115 | Libby Claimants' Answering Brief in Opposition to Grace's Motion for Leave to File *Consolidated Briefing Pursuant to Federal Rule of Bankruptcy Procedure 8010(c) and Cross Motion for Leave to File a Reply Brief Pursuant to Fed. R. Bankr. P. 8009(a)(3)* |

| Date | Docket No. | Description |
|---|---|---|
| 6/8/2011 | 121 | Grace's Reply to Libby Claimants' Response to Grace's Motion for Leave to File *Consolidated Briefing Pursuant to Federal Rule of Bankruptcy Procedure 8010(c) and Cross Motion for Leave to File a Reply Brief Pursuant to Fed. R. Bankr. P. 8009(a)(3)* |
| 6/9/2011 | 122 | Libby Claimants' Statement in Response to Grace's Reply [DN 121] |
| 6/16/2011 | 134 | Order Granting Motion for Leave to File [DN 72] |
| 6/16/2011 | 135 | Order Granting Motion for Leave to File [DN 112] |
| 6/16/2011 | 136 | Order Granting Motion for Leave to File [DN 130] |
| 6/16/2011 | 137 | Order regarding Grace's Motion for Leave to File *Consolidated Briefing Pursuant to Federal Rule of Bankruptcy Procedure 8010(c)* filed by W.R. Grace & Co. |
| 6/16/2011 | 138 | BNSF's Motion for Leave to File Reply Brief |
| 6/21/2011 | 140 | Appellant's Reply Brief filed by Libby Claimants |
| 6/21/2011 | 142 | Order Granting BNSF's Motion for Leave to File Reply Brief |
| 6/22/2011 | 147 | Appellant's Reply Brief filed by BNSF |
| 6/23/2011 | 143 | Motion for Leave to File a Limited Joinder to the Reply Brief of BNSF Railway filed by Her Majesty the Queen in Right of Canada |
| 6/23/2011 | 144 | Motion for Leave to File a Limited Joinder to the Reply Brief of BNSF Railway filed by the State of Montana |
| 6/23/2011 | 148 | Limited Joinder filed by Her Majesty the Queen in Right of Canada |
| 6/23/2011 | 149 | Order Granting Motion to File Limited Joinder |
| 6/23/2011 | 150 | Limited Joinder filed by the State of Montana |

| Date | Docket No. | Description |
|------|-----------|-------------|
| 7/1/2011 | 157 | Appellee's Main Brief filed by W.R. Grace & Co. |
| 7/1/2011 | 158 | Notice of Confirmed Version of Appellee's Main Brief filed by W.R. Grace |
| 7/7/2011 | 159 | Notice of Filing Proposed Order Affirming Confirmation Order by W.R. Grace |
| 7/14/2011 | 160 | Official Transcript of Argument held on June 28, 2011 |
| 7/14/2011 | 161 | Official Transcript of Argument held on June 29, 2011 |
| 7/21/2011 | 162 | Proposed Order Issuing and Affirming Confirmation Order on the Condition that Debtors Pay Default Rate Interest to Holders of Claims Under the Pre-Petition Credit Facilities |
| 7/22/2011 | 163 | Notice of Appellant's Second Notice of Supplemental Authority filed by Bank Lender Group |
| 7/26/2011 | 164 | Notice of Plan Proponents' Response to Appellant's Second Notice of Supplemental Authority |
| 1/30/2012 | 165 | Memorandum Opinion |
| 1/30/2012 | 166 | Order |
| 2/3/2012 | 168 | Garlock Sealing Technologies LLC's Motion for Reargument, Rehearing and/or to Alter or Amend the Judgment |
| 2/13/2012 | 169 | Motion to Amend Memorandum Opinion and Order filed by W.R. Grace |
| 2/13/2012 | 171 | Joint Motion to Amend Memorandum Opinion and Order filed by Sealed Air Corporation, Cryovac, Inc. and Fresenius Medical Care Holdings, Inc. |
| 2/14/2012 | 172 | Bank Lender Group's Notice of Appeal of District Court's Memorandum Opinion dated January 30, 2012 |

| Date | Docket No. | Description |
|------|-----------|-------------|
| 2/22/2012 | 176 | Bank Lender Group's Amended Notice of Appeal of District Court's Memorandum Opinion dated January 30, 2012 |
| 2/27/2012 | 181 | Libby Claimants' Response to Motions to Amend Memorandum Opinion and Order |
| 2/27/2012 | 182 | Garlock Sealing Technologies LLC's Motion for Stay the Court's Memorandum Opinion dated January 30,2 012 and Order Pending Disposition of Motion for Rehearing and, if Necessary, Appeal to the Court of Appeals |
| 2/28/2012 | 184 | Her Majesty the Queen in Right of Canada's Notice of Appeal of the District Court's Memorandum Opinion dated January 30, 2012 |
| 3/2/2012 | 191 | Garlock Sealing Technologies, LLC's Reply Brief in Support of Motion for Reargument , Rehearing and/or to Alter or Amend the Judgment |
| 3/9/2012 | 203 | Plan Proponents' Sur-Reply Regarding Garlock's Motion for Reconsideration |
| 3/16/2012 | 206 | Appellee's Response in Opposition to Garlock's Stay Motion |
| 3/26/2012 | 209 | Reply Brief regarding Motion to Stay |
| 4/10/2012 | 210 | Order Denying Motion to Stay |
| 5/14/2012 | 212 | Official Transcript of oral argument held on May 8,2012 before Judge Buckwalter |
| 6/11/2012 | 215 | Consolidated Order Regarding Motions for Reconsideration |
| 6/11/2012 | 216 | Table of Contents regarding Amended Memorandum of Opinion |
| 6/11/2012 | 217 | Amended Memorandum of Opinion |
| 6/11/2012 | 218 | Order regarding Amended Memorandum of Opinion |

| Date | Docket No. | Description |
|------|-----------|-------------|
| 6/25/2012 | 221 | Garlock Sealing Technologies LLC's Emergency Motion to Stay the Court's Amended Memorandum Opinion and Order Pending Appeal to the Court of Appeals |
| 6/25/2012 | 222 | Garlock Sealing Technologies LLC's Motion for Expedited Consideration regarding Motion to Stay |
| 6/27/2012 | 225 | Memorandum Opinion regarding Garlock Sealing Technologies LLC's Motion for Stay |
| 6/27/2012 | 226 | Order Denying Motion to Stay & Granting Motion to Expedite |
| 7/9/2012 | 232 | Notice of Appeal filed by State of Montana |
| 7/10/2012 | 233 | Notice of Appeal filed by BNSF Railway Company |
| 7/11/2012 | 237 | Notice of Appeal filed by Libby Claimants |
| 7/11/2012 | 238 | Notice of Appeal filed by Maryland Casualty Company |

Dated: July 25, 2012
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

Adam G. Landis (DE No. 3407)
Kerri K. Mumford (DE No. 4186)
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE  19801
Telephone:  (302) 467-4400
Facsimile:  (302) 467-4450
Email: landis@lrclaw.com
        mumford@lrclaw.com

-and-

Daniel C. Cohn
Ryan M. MacDonald
**MURTHA CULLINA, LLP**
99 High Street, 20th Floor
Boston, MA 02110
Telephone: (617) 457-4000
Facsimile:  (617) 482-3868

*Counsel to Libby Claimants*