# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

12-2966

In Re: W.R. Grace & Co, et al, et al

1-11-cv-00199

# O R D E R

In accordance with the motion by the appellant in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: September 24, 2012

cc:
Elisa AlcabesEsq.
Philip BentleyEsq.
Garland S. CassadaEsq.
Daniel C. CohnEsq.
Ann C. CordoEsq.
Teresa K.D. CurrierEsq.
Elizabeth M. DeCristofaroEsq.
John D. DemmyEsq.
John DonleyEsq.
Lisa G. EsayianEsq.
Brett D. FallonEsq.
Mary Beth ForshawEsq.
Andrew T. FrankelEsq.
Roger L. FrankelEsq.
Michael S. GiannottoEsq.
Roger J. HigginsEsq.
Susan M. HuberEsq.
Mark T. HurfordEsq.
Laura D. JonesEsq.
Michael B. JosephEsq.
Barry M. KlaymanEsq.
Christopher LandauEsq.

Peter V. Lockwood Esq.
Christopher D. Loizides Esq.
Kathleen P. Makowski Esq.
Kevin J. Mangan Esq.
Garvan F. McDaniel Esq.
Kathleen M. Miller Esq.
Francis A. Monaco Jr. Esq.
Kerri K. Mumford Esq.
Russell S, Nolte Esq.
James E. O'Neill III Esq.
Ricardo Palacio Esq.
Adam C. Paul Esq.
John C. Phillips Jr. Esq.
Marc J. Phillips Esq.
Alan B. Rich Esq.
Frederick C. Schafrick Esq.
Theodore J. Tacconelli Esq.
Edward C. Toole Jr. Esq.
Matthew P. Ward Esq.
Jeffrey C. Wisler Esq.
Richard C. Worf Jr. Esq.
Richard H. Wyron Esq.
Michael W. Yurkewicz Esq.



**A True Copy**

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.